# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EA3 | 9551958 | Bond | 4341 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 01/28/2024 13:20
Offense Charged: 16 USC 668dd / 50 CFR 27.31(d)
Place of Offense: Dale Bumpers White River NWR
Offense Description; Factual Basis for Charge: Speeding 100 mph in a 55 mph zone
HAZMAT ☐

### DEFENDANT INFORMATION
Last Name: Lee
First Name: Peter
M.I.: C.

Tag No: JLF448  State: FL  Year: 02  Make/Model: DOD/Ram  Color: GRY

### APPEARANCE IS REQUIRED
☐ A  If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
☒ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 335 Forfeiture Amount
+ $30 Processing Fee
$ 365 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

◀Original - CVB Copy

*9551958*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

see attached PC statement

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident